**MICHAEL D. PARIENTE, ESQ.**
Nevada Bar No. 9469
**PARIENTE LAW FIRM, P.C.,**
**JOHN G. WATKINS, OF COUNSEL**
1635 Village Center Cir., Suite 280
(702) 966-5310, (F) (702) 474-4210
Email: michael@parientelaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>**PAULINO GONZALEZ**,<br><br>Defendant. | Case No. 2:25-CR-179-RFB-BNW |

**DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE**

The undersigned defendant hereby appoints Michael D. Pariente, Esq. to appear generally for him as his attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

*/s/ Paulino Gonzalez*
Defendant's signature DATED: 6/26/25

**APPEARANCE PRAECIPE**

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation. I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has

been obtained and filed with the Clerk. I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: 6/26/2025

*/s/ Michael D. Pariente*
Attorney's signature

1635 Village Center Cir., Suite 620, Las Vegas, NV 89134
Attorney's address

702-966-5310
Attorney's phone number

Respectfully submitted,

**PARIENTE LAW FIRM, P.C.**

*/s/ Michael D. Pariente*
MICHAEL PARIENTE, ESQ.
Nevada Bar No.: 9469

**CERTIFICATE OF SERVICE**

On June 26, 2025 the undersigned caused a true and correct copy of the aforementioned **DESIGNATION OF COUNSEL** via the ECF system.

**PARIENTE LAW FIRM, P.C.**

*/s/ Michael D. Pariente*

MICHAEL PARIENTE, ESQ.

Nevada Bar No.: 9469