AO 455 (Rev. 01/09) Waiver of an Indictment

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
JUN 26 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.
PAULINO GONZALEZ

*Defendant*

Case No. 2:25-cr-00179-RFB-BNW

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/26/2025

*Defendant's signature*

*Signature of defendant's attorney*

Michael Pariente, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Richard F. Boulware, II, U.S. District Court Judge
*Judge's printed name and title*