SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULINO GONZALEZ,<br><br>Defendants. | Case No. 2:25-cr-00179-RFB-BNW<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Monica Cooper and Shane Butland, both Trial Attorneys with the United States Department of Justice, Criminal Division, be permitted to appear before this Court in the above-captioned case.

Ms. Cooper is a member of good standing is the bar of Texas. Mr. Butland is a member in good standing of the bar of New York. They are employed by the United States as attorneys, and, in the course and scope of their employment, they have occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Contact information for Ms. Cooper and Mr. Butland is provided below:

Monica Cooper
Trial Attorney
U.S. Department of Justice
Criminal Division
1000 Louisiana, Suite 2300
Houston, TX 77002
Tel: 202-262-1916
Email: monica.cooper@usdoj.gov

Shane Butland
Trial Attorney
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, NW
Washington DC 20530-0001
Tel: 202-286-1177
Email: shane.butland2@usdoj.gov

Dated: June 30, 2025.

Respectfully submitted,

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED:

HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated this the 1st day of July, 2025