GREGORY A. BROWER, ESQ.
Nevada Bar No. 5232
gbrower@bhfs.com
ZACHARY R. MEYER, ESQ.
Nevada Bar No. 15783
zmeyer@bhfs.com
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

MIRANDA KANE *(pro hac vice application pending)*
California Bar No. 150630
mkane@conmetkane.com
JORDAN DICKSON *(pro hac vice application pending)*
California Bar No. 324406
jdickson@conmetkane.com
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, California 94111
Telephone: 415.343.7100
Facsimile: 415.343.7101

Attorneys for PAULINO GONZALEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PAULINO GONZALEZ,<br><br>Defendant. | Case No. 2:25-cr-00179-RFB-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between GREGORY A. BROWER, ZACHARY R. MEYER, MIRANDA KANE, and JORDAN DICKSON, counsel for

PAULINO GONZALEZ, and the United States of America, through undersigned counsel, to continue sentencing in this matter currently scheduled for October 2, 2025, until a date convenient for the Court in March 2026. The parties jointly suggest that sentencing be continued to March 26, 2026. This continuance is necessary to allow undersigned counsel for Mr. Gonzalez, who are newly retained, to have adequate time to appropriately prepare for sentencing.

This is the first stipulation to continue sentencing filed herein. DATED this 26th date of September 2025.

BY: /s/ *Gregory A. Brower*
GREGORY A. BROWER, ESQ.
Brownstein Hyatt Farber Schreck, LLP
Counsel for Paulino Gonzalez

BY: /s/ *Zachary R. Meyer*
ZACHARY R. MEYER
Brownstein Hyatt Farber Schreck, LLP
Counsel for Paulino Gonzalez

SIGHAL CHATTAH
Acting United States Attorney

BY: /s/ *Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney
Counsel for the United States

LORINDA LARYEA
Acting Chief, Fraud Section
U.S. Department of Justice, Criminal Division

BY: /s/ *Shane Butland*
SHANE BUTLAND
Trial Attorney
Counsel for the United States

**IT IS SO ORDERED**

DATED this _____ date of September 2025.

_______________________________
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE