# Exhibit B

*Screenshots of Text Messages Between Mr. Gonzalez and Prior Counsel*

10:16

Michael Attorney

Jan 28, 2025 at 11:37 AM

2025.01.27 Paulino Gonzalez (535).pdf
PDF Document · 1.3 MB

Paulino! My superstar client! You did amazing yesterday! Here's the GJ subpoena. Let me know if you need more time to get these

Jan 28, 2025 at 12:45 PM

Thank you, I really appreciate you 🙏🏻

At first glance it looks like there are a few items on there that I don't have access or have never had

iMessage

10:16

Michael Attorney

Paulino! My superstar client! You did amazing yesterday! Here's the GJ subpoena. Let me know if you need more time to get these

Jan 28, 2025 at 12:45 PM

👍

Thank you, I really appreciate you 🙏

At first glance it looks like there are a few items on there that I don't have access or have never had access to. Let me know if you have a few minutes today

Thanks again

Jan 31, 2025 at 4:45 PM

iMessage

10:16

Michael Attorney

Feb 14, 2025 at 9:44 PM

I didn't receive anything today

It feels like you're having second thoughts with cooperating? You have been ordered to produce these documents in the subpoena. If you don't produce them, a judge can hold you in contempt and put you in jail until you produce them.

I'm so sorry...I really really apologize, please don't feel that I am having second thoughts. I've got about 75% done I believe. I just grossly underestimated how much work it was to gather everything. There are at least 5,000 emails along with at least a thousand

iMessage

10:16

Michael Attorney

until you produce them.

I'm so sorry...I really really apologize, please don't feel that I am having second thoughts. I've got about 75% done I believe. I just grossly underestimated how much work it was to gather everything. There are at least 5,000 emails along with at least a thousand screenshots of all the text messages.

All together it's likely over 10GB of data. I've got everything saved into a folder on my computer but I feel that I probably need to get a usb key drive to save it all

I promise I can finish and

iMessage

10:17

Michael Attorney

messages.

All together it's likely over 10GB of data. I've got everything saved into a folder on my computer but I feel that I probably need to get a usb key drive to save it all

I promise I can finish and have it over to you by noon please

I should have reached out and told you I was struggling to finish in time I'm really sorry 😔

Feb 15, 2025 at 6:04 AM

All good! Thank you for letting me know. I'll email her right now. 👍

iMessage

10:17

**Michael Attorney**

Mar 7, 2025 at 2:27 PM

**Confidentiality Agreement - Pariente (Gonzalez).pdf**
PDF Document · 192 KB

Hi Paulino

I'll go and sign this but want you to have a copy. If you have questions, please let me know.

Wed, Apr 16 at 11:22 AM

Hi Paulino. Can you come in Friday so we can review the plea agreement and cooperation agreement?

Hi Michael, great to hear from you

iMessage

**Michael Attorney**

Hi Michael, great to hear from you

What would be the earliest time available for Friday? Im working Friday from 9-12, then heading to the airport around 1pm to spend Easter weekend with my mom in Colorado

I'm also pretty open tomorrow anytime except for late afternoon

I'll meet you at 8am Friday morning

1 Reply

Do I currently have charges against me right now?

No sir

iMessage

10:19

Michael Attorney

Fri, Apr 18 at 10:40 AM

Hi Mike, I just want to say I really appreciate you meeting with me this morning. I apologize I was so emotional, all the information just felt a little overwhelming.

Do you think it would be possible to discuss a few questions I have before submitting the signed agreement back over to Ms Cooper

From Monica Cooper:

As I just mentioned on the phone, I wanted to see if there's anyway that Mr. Gonzalez could do some

iMessage

10:19

**Michael Attorney**

As I just mentioned on the phone, I wanted to see if there's anyway that Mr. Gonzalez could do some proactive cooperation by reaching out to Logwood. It could be calls, texts, or recording. I'm open to any ideas y'all have. Let me know as soon as you can, because we're planning our next moves regarding Logwood now.

MC **Monica Cooper** 11:39 AM
To: Pariente Law Firm

**Re: Cooperation agreement**

Michael, to be clear, I don't want Ms. Gonzalez to reach out until we've discussed what that would look like. Thanks again!

See More

iMessage

10:20

Michael Attorney

[redacted]

Go ahead and hold off reaching out to him.

Sat, Apr 19 at 6:08 AM

Good morning

I didn't get much sleep, so many things running through my mind. When you have a chance can you please email the plea agreement to me? I felt like yesterday morning was a little rushed and I would like to read over it again carefully

Sat, Apr 19 at 7:47 AM

2025041809262

iMessage

10:20

3

**Michael Attorney** ›

Sat, Apr 19 at 7:47 AM

**20250418092623365.pdf**
PDF Document · 260 KB

Good morning, Paulino. Here it is. Let me know if you want to get on a call this weekend to discuss it.

1 Reply

Thank you 🙏

Could you also please send me the plea agreement whenever you have a chance

Yes! Sorry. I thought I sent both in that pdf. One second please

👍

iMessage

10:20

Michael Attorney

Good morning, Paulino. Here it is. Let me know if you want to get on a call this weekend to discuss it.

1 Reply

Thank you 🙏

Could you also please send me the plea agreement whenever you have a chance

Yes! Sorry. I thought I sent both in that pdf. One second please

20250418092615931.pdf
PDF Document · 1.5 MB

Here it is

iMessage

10:20

Michael Attorney

weekend to discuss it.

Thanks...when would be a good time for you?

11 this morning is good

Okay great! Thanks so much

Sat, Apr 19 at 11:21 AM

10 Photos Saved

**commissions on a medical product** they assist with in procedures, a strong **legal defense** would need to demonstrate **compliance with laws, lack of improper influence, and good faith intent**. The best defense strategies would include:

---

**1. No Intent to Violate the Law (Lack of Mens Rea)**

- Many laws, including the **Anti-Kickback Statute (AKS)** and **False Claims Act (FCA),** require intent to commit fraud or improper influence.
- The nurse's defense could argue:
  - They had **no intent** to induce

Sent via iCloud

iMessage

10:21

Select

commissions on a medical product they assist with in procedures, a strong **legal defense** would need to demonstrate **compliance with laws, lack of improper influence, and good faith intent**. The best defense strategies would include:

---

**1. No Intent to Violate the Law (Lack of Mens Rea)**

- Many laws, including the **Anti-Kickback Statute (AKS)** and **False Claims Act (FCA),** require intent to commit fraud or improper influence.
- The nurse's defense could argue:
  - They had **no intent** to induce product use or influence purchasing

Lack of Mens Rea)

- Many laws, including the **Anti-Kickback Statute (AKS)** and **False Claims Act (FCA),** require intent to commit fraud or improper influence.
- The nurse's defense could argue:
  - They had **no intent** to induce product use or influence purchasing decisions.
  - They **believed the arrangement was lawful** based on company or employer guidance.

**2. No Influence on Medical Decision-Making**

- A key defense would be proving that

Decision-Making

- A key defense would be proving that the **physician was the sole decision-maker** and that the nurse:
  - **Did not promote, recommend, or advocate** for the product.
  - **Had no control** over procurement, purchasing, or physician choices.
  - Was **not involved in sales discussions** with the hospital or clinic.

**Evidence to support this:**

- Documentation showing **the physician independently chose the product** without input from the nurse.
- Statements or testimonies from the

Documentation showing **the physician independently chose the product** without input from the nurse.

- Statements or testimonies from the physician confirming **they were not influenced**.

---

**3. The Compensation Structure Was Legal & Compliant**

- If the payments were structured **in a legally acceptable manner**, the nurse's defense could argue that:
  - The arrangement **did not violate fair market value (FMV) standards**.
  - The nurse **was compensated for legitimate services**, such as:

Was Legal & Compliant

- If the payments were structured **in a legally acceptable manner**, the nurse's defense could argue that:
  - The arrangement **did not violate fair market value (FMV) standards**.
  - The nurse **was compensated for legitimate services**, such as:
    - Training other staff on product use.
    - Educating patients on proper usage (if applicable).
    - Providing **consulting, research, or advisory services** unrelated to sales.

properly reported.

**Supporting Evidence:**

- The contract or consulting agreement defining **legitimate, pre-approved services**.
- Payroll or invoicing records showing that **compensation was for services, not commissions based on sales volume**.

---

**4. No Violation of the Anti-Kickback Statute (AKS) Safe Harbors**

- Certain **"safe harbor" provisions** under AKS allow for payments if:
  - The agreement is in **writing**.

Kickback Statute (AKS) Safe Harbors

- Certain **"safe harbor" provisions** under AKS allow for payments if:

Responsibility

- If the nurse **acted in good faith based on employer policies**, liability could shift to:

10:21

Select

legitimate services, such as:

- Training other staff on product use.
- Educating patients on proper usage (if applicable).
- Providing **consulting, research, or advisory services** unrelated to sales.

on sales volume.

**4. No Violation of the Anti-Kickback Statute (AKS) Safe Harbors**

- Certain **"safe harbor" provisions** under AKS allow for payments if:
  - The agreement ,  's in **writing**.

Kickback Statute (AKS) Safe Harbors

- Certain **"safe harbor" provisions** under AKS allow for payments if:
  - The agreement was in **writing**.
  - The compensation was **fixed in advance** and **not based on sales volume**.
  - The arrangement was **transparent** and reported where required.

**Supporting Evidence:**

- Copies of contracts demonstrating **compliance with safe harbor provisions**.
- Records showing the nurse **did not receive payment , er unit sold**.

Responsibility

- If the nurse **acted in good faith based on employer policies**, liability could shift to:
  - The **company that structured the commission model**.
  - The **hospital or clinic** if they failed to provide compliance training.

The defense could argue:

- The nurse **reasonably relied on employer or legal guidance**.
- If a compliance issue existed, it was **due to employer oversight** rather than intentional wrongdoing.

**Supporting Eviden :**

Emails, training records, or HR documents showing **the nurse sought clarification** on the arrangement.

- Proof that **the company or employer structured the compensation model**.

**6. Voluntary Corrective Actions**

- If the nurse proactively **ceased receiving commissions** or **reported concerns to compliance officers**, it demonstrates:
  - **Good faith effort to comply** with the law.
  - Lack of fraudulent intent.

Documentation of **voluntary withdrawal** from commission payments.

- Emails or reports to **hospital compliance departments or legal teams**.

**Conclusion:**

A **strong legal defense** for a nurse in this situation would rely on proving:

1. **No intent to violate the law.**
2. **No influence over physician decisions.**
3. **Legitimate, pre-approved compensation structure.**

10 Photos

10:22

**Michael Attorney**

Thu, May 1 at 1:03 PM




Thu, May 1 at 2:28 PM

You did amazingly well!!

I could tell you brought up things she hadn't thought of that were concerning her. I never saw her put her hand up to her mouth before. That's her tell.

She never did that before

iMessage

10:22

Michael Attorney

Thu, May 1 at 1:03 PM




Thu, May 1 at 2:28 PM

You did amazingly well!!

I could tell you brought up things she hadn't thought of that were concerning her. I never saw her put her hand up to her mouth before. That's her tell.

She never did that before.

iMessage

10:23

Michael Attorney

[redacted]

Thu, May 1 at 2:28 PM

You did amazingly well!!

I could tell you brought up things she hadn't thought of that were concerning her. I never saw her put her hand up to her mouth before. That's her tell.

She never did that before.

I feel like I got a little stumped at the end with some of the notes that showed smaller sizes but use of same size graft

I need to get back to vacation. We can talk later next week.

iMessage

10:23

Michael Attorney

Fri, May 2 at 4:11 PM

I thought you did a really good job and showed him how much of an asset you can be. And I don't think her expert she's going to get will be enough without your help to win. Dubin will hire his own experts to testify and may refute what the government says. About to board in Miami. Let's talk next week before I make the call to her.

Have a good weekend.

Wed, May 7 at 1:52 PM

Hi Michael,

Hope your week is going well 🙏

Not sure if you've reached

iMessage

10:23

3 **Michael Attorney**

Mon, May 12 at 10:50 AM

Hey Paulino. I spoke to Monica. And she wants to talk to you and just give you her pitch as to why you should stay with the proffer. Let's hear what she has to say and then you can decide how we will proceed.

Edited

Sent with Siri

Hi Michael

Okay that sounds good. What day would be good?

When is good for you?

Mon, May 12 at 5:31 PM

I'm available pretty much anytime Wednesday or Thursday

iMessage

10:24

Michael Attorney

Thu, May 15 at 1:59 PM

Do you want to call me now or sometime later?

Good speaking with you. I emailed her and texted her we are going to do the plea agreement with cooperation. You're doing the smart thing, Paulino.

Fri, May 16 at 5:55 PM

Hi Michael, happy Friday

I had a couple of quick questions, nothing urgent

Let me know whenever you're free

Sun, May 18 at 3:37 PM

Hi Paulino. When are you available for a call?

iMessage

10:25

3

Michael Attorney

Wed, Jun 18 at 10:41 AM

They set the plea for June 26, 2025 at 8:30am. Why don't you come in June 25 in the afternoon and we can discuss any existing concerns you have.

1 Reply

Any possibility we could do this Friday or Monday?

I can meet you this Friday in the late afternoon.

Okay that would be really great!

Let me know what time and I'll make sure to be there on time

How's 3pm? I can do later if

iMessage

10:26

Michael Attorney ›

Tue, Jul 1 at 6:12 AM



2 Las Vegas nurses accused of making millions in health care fraud scheme
8newsnow.com

I'm on the news 🥺 I didn't realize I would end up on the news

Oh no

Do you know of Huntly?

No not at all, I have no idea who that is 😔

iMessage

10:26

**Michael Attorney**

Oh no

Do you know of Huntly?

No not at all, I have no idea who that is 😔

Im really scared, I think my license is going to get revoked now almost immediately

The article says I accepted a plea, I feel Dubin and Rick are going to know I'm cooperating now

It doesn't matter what they think.

Im scared of Rick though, he knows where I live

iMessage

10:26

Michael Attorney

Im scared of Rick though, he knows where I live

No one is going to physically harm you. If anyone threatens you then let me know immediately

I really don't know what to do...can you please help me figure out how to go forward or what to say? I really thought everything was going to be pretty quiet and normal until sentencing 😔

Yes. I'm getting ready for court. We'll talk later today

Tue, Jul 1 at 8:33 AM

I just got terminated

**Subject: Termination of Volunteer Role**

iMessage

10:27

**Michael Attorney**

Tue, Jul 1 at 8:33 AM

I just got terminated

**Subject: Termination of Volunteer Role**

Dear Paulino,
As Medical Director of Immersive Medical Holdings, I have reviewed recent public legal filings showing you are a named defendant in an active federal healthcare fraud case. Given the seriousness of the allegations and our obligation to uphold the highest clinical and ethical standards, we are terminating your involvement in all volunteer and observational roles with immediate effect.
This decision is final and is made solely in the interest of protecting patients, staff, and the integrity of our practice.
We appreciate your prior interest in contributing and wish you the best as you resolve this matter.
— Dr. Jesse Shriki
Medical Director

*Dr. Jesse Shriki, DO. MS*
*CEO & Founder*
*Immersive Vitality*

Damn. Let me call you later. In court.

Tue, Jul 1 at 10:07 AM

I'll call you this afternoon. Monica says she had no idea her department would do this.

iMessage

10:27

Michael Attorney

CEO & Founder
Immersive Vitality

Damn. Let me call you later. In court.

Tue, Jul 1 at 10:07 AM

I'll call you this afternoon. Monica says she had no idea her department would do this.

In the meantime I suggest you call Lyn Beggs. She represents practitioners in admin nursing board matters

(775) 432-1918

I texted her and told her to expect your call.

Thank you

iMessage

Michael Attorney

Wed, Jul 2 at 7:56 PM

Hi Paulino. I spoke to Lyn

Oh wow I was just about to text you to tell you I spoke with her yesterday

Yesterday was such a blur I couldn't remember if I had mentioned it to you

She said she spoke to you briefly. I explained the situation. What I recommend is you say that you:
1. Prefer not to comment on it.
or
2. Pleaded guilty to receiving bonuses you didn't realize were illegal kickbacks.

Fri, Jul 4 at 9:34 AM

iMessage

10:28

Michael Attorney

were illegal kickbacks.

Fri, Jul 4 at 9:34 AM

I feel like I want to crawl into a hole, these last few days have been really brutal 🥺

I'm really trying to stay strong but the hatefulness I've been receiving is unbelievable. 😔

You'll get through this. It seems like in life your faith has always gotten you through difficult times?

Let me check

Yes plenty

Sorry last two messages for my wife

iMessage