# Exhibit C

*May 13, 2025*

*Teams meeting invite for "Gonzalez Reverse Proffer"*

**From:** michael parientelaw.com
**To:** Miranda Kane
**Cc:** John Ellis
**Subject:** Fwd: Gonzalez Reverse Proffer
**Date:** Tuesday, September 2, 2025 4:07:15 PM

---

Begin forwarded message:

**From:** "Cooper, Monica (CRM)" <Monica.Cooper@usdoj.gov>
**Subject: Gonzalez Reverse Proffer**
**Date:** May 13, 2025 at 1:31:51 PM PDT
**To:** "Shimpeno, Susan (CRM)" <Susan.Shimpeno@usdoj.gov>, "Richardson, Brandon Michael (LV) (FBI)" <BMRICHARDSON2@fbi.gov>, "Coffey, Allison J. (LV) (FBI)" <AJCOFFEY@fbi.gov>, "Butland, Shane (CRM)" <Shane.Butland2@usdoj.gov>, "Hahn, Jenny L (OIG/OI)" <Jenny.Hahn@oig.hhs.gov>, "Coleman, Laurie J. (LV) (FBI)" <ljcoleman@fbi.gov>, michael parientelaw.com <michael@parientelaw.com>

---

_

## Microsoft Teams Need help?

### Join the meeting now

Meeting ID: 992 533 717 988

Passcode: od2tA3Fy

---

### Dial in by phone

+1 202-235-7900,,181375179# United States, Washington

Find a local number

Phone conference ID: 181 375 179#

For organizers: Meeting options | Reset dial-in PIN

---

_