# Exhibit E

*Correspondence between Mr. Gonzalez and Prior Counsel Suggesting a Time to Meet*

**From:** michael pariententelaw.com
**To:** Miranda Kane
**Cc:** John Ellis
**Subject:** Fwd: Paulino Gonzalez - Plea Agreement, Cooperation Agreement, and Information
**Date:** Tuesday, September 2, 2025 4:05:31 PM

---

Begin forwarded message:

**From:** paulinogonzalez3@gmail.com
**Subject: Re: Paulino Gonzalez - Plea Agreement, Cooperation Agreement, and Information**
**Date:** June 13, 2025 at 5:03:47 PM PDT
**To:** "michael parientelaw.com" <michael@parientelaw.com>

Hi Michael,

I'm available to meet Monday anytime after 1pm or Tuesday anytime between 8am-2pm

Thanks
Paulino
Inviato da iPhone

> On Jun 12, 2025, at 1:58 PM, michael parientelaw.com <michael@parientelaw.com> wrote:
>
> Hi Paulino:
>
> Please review. We need to get this signed and returned no later than June 18. Let's discuss this on Monday or Tuesday when I'm back in the country from vacation.
>
> Take care,
>
> Michael D. Pariente - Attorney at Law
> michael@parientelaw.com
> Find me on Wikipedia
> **T :** 702-966-5310 / **F:** 702-953-7055
> **A:** 1635 Village Center Cir., Suite 280
> Las Vegas, NV 89134
> PARIENTE LAW FIRM P.C. JOHN G. WATKINS, OF COUNSEL www.parientelaw.com
>
> **PRIVILEGE AND CONFIDENTIALITY NOTICE**. DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication may contain confidential and/or privileged information intended only for the individual listed above. If you have received this communication in error, please call us (collect) immediately at (702) 966-5310 and ask to speak to

Michael Pariente Esq.. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Tax Opinion Disclaimer To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.

Begin forwarded message:

**From:** "Cooper, Monica (CRM)" <Monica.Cooper@usdoj.gov>
**Subject: Paulino Gonzalez - Plea Agreement, Cooperation Agreement, and Information**
**Date:** June 12, 2025 at 10:29:05 AM PDT
**To:** michael parientelaw.com <michael@parientelaw.com>
**Cc:** "Butland, Shane (CRM)" <Shane.Butland2@usdoj.gov>

Michael,

Apologies for the delay, but I was able to get approval for the attached plea. This should reflect everything that we discussed last month.

If Mr. Gonzalez agrees to this plea, please have him sign, and return the signed Plea Agreement and Cooperation Agreement. We are on a tight timeline, so this plea will expire on **Wednesday, June 18, 2025**. If you could get it to us before that, that would be great.

Please feel free to give me a call with any questions. Thanks again!

**Monica Cooper**
Trial Attorney
U.S. Department of Justice
Criminal Division | Fraud Section
(202) 262-1916 (cell)

---

**From:** michael parientelaw.com <michael@parientelaw.com>
**Sent:** Thursday, May 15, 2025 4:30 PM
**To:** Cooper, Monica (CRM) <Monica.Cooper@usdoj.gov>
**Subject:** [EXTERNAL] Paulino is on board

Hi Monica:

He's on board 100%.

Would it be impossible to do the plea before June 1, 2025? I'm leaving for 2 weeks on June 1 and back in the office on June 16, 2025.

Thank you again for being so generous with your time.

Yours truly,

**Michael D. Pariente, Esq.** / Attorney At Law
michael@parientelaw.com
**Wikipedia:** https://en.m.wikipedia.org/wiki/Michael_Pariente
**Pariente Law Firm, P.C.**
**1635 Village Center Cir., Suite 280**
**Las Vegas, NV 89134**
**Office: (702) 966-5310 / Fax: (702) 953-7055**
**http://www.parientelaw.com**
PARIENTE LAW FIRM P.C.
JOHN G. WATKINS, OF COUNSEL

**PRIVILEGE AND CONFIDENTIALITY NOTICE. DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication may contain confidential and/or privileged information intended only for the individual listed above. If you have received this communication in error, please call us (collect) immediately at (702) 966-5310 and ask to speak to Michael Pariente Esq.. Also please e-mail the sender and notify the sender immediately that you have received the communication in error.**
**Tax Opinion Disclaimer To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

<Cooperation Agreement - Gonzalez 2025.06.12.pdf>
<Gonzalez Information 2025.06.12.pdf>
<Gonzalez Plea Agreement 2025.06.12.pdf>