# Exhibit F

*Partial Transcript of a Surreptitious Recording between Mr. Gonzalez and Prior Counsel*

CONRAD | METLITZKY | KANE

# RECORDING TRANSCRIPTION

*USA v. Paulino Gonzalez*

Case No. 2:25-cr-00179-RFB-BNW

« W Village Center Cir copy.mp4 »

Participants: P. Gonzalez, M. Pariente

217 Leidesdorff Street, San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101

**LEGEND:**

**[] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.**

**[U/I] = Unidentified, Unintelligible diction.**

**[PH] = Phonetic transcription**

| NAME/ TIMESTAMP | TRANSCRIPTION |
|---|---|
| | **[Beginning of meeting]** |
| M. Pariente [0:00-0:10] | Paulino, how are you man? |
| P. Gonzalez [0:10 – 0:11] | Oh hello. Good good. How are you doing? |
| M. Pariente [0:11-0:12] | Good to see you. Yeah. |
| P. Gonzalez [0:12 – 0:14] | Good to see you. You must be busy today, huh? |
| M. Pariente [0:14-0:16] | Oh, yeah. [U/I] Come on in. |
| P. Gonzalez [0:16 – 0:17] | Okay. |
| M. Pariente [0:17-0:33] | [PH] Hey there Monica. [Background: Monica responds] Okay, come on in. Let's see. There we go. Okay cool. Alright. |
| P. Gonzalez [0:30 – 0:35] | Let there be light. Well, thank you for taking the time to- |
| M. Pariente [0:35-0:43] | Yeah yeah yeah. Come on in. I want to make sure we're going through all your questions. We've got—we're not rushed today. |
| P. Gonzalez [0:43 – 0:54] | Okay. Oh, thank you.<br>Today feels like one of those days everything's just like timewise, things just seem to be falling into place. |
| M. Pariente [0:54-0:55] | Uh-huh. |
| P. Gonzalez [0:55 – 0:56] | I don't know it's encouraging, but… |
| M. Pariente [0:56-0:57] | Yeah. |
| P. Gonzalez [0:57 – 0:59] | Sometimes it's nice to have a day like that where you can just- |

| | |
|---|---|
| M. Pariente [0:59-1:01] | Yeah. Where it's just not chaos, right? |
| P. Gonzalez [1:01 – 1:03] | Yeah, yeah. And everything seems to align. |
| M. Pariente [1:03-1:011] | Okay, so um. Why don't we- what would you like to do? You want to go through this start to finish? Make sure we've covered everything? |
| P. Gonzalez [1:11 – 1:12] | Um, sure. |
| M. Pariente [1:12-1:013] | Okay. |
| P. Gonzalez [1:13 – 1:16] | And I'm gonna not say anything, um. |
| M. Pariente [1:16-1:17] | Go ahead. I want you say- |
| P. Gonzalez [1:17 – 1:31] | No, I think probably what's better is to just go through it.<br>And then whatever you think the relevant points are for me to point out and then I'll save it.<br>Just so that way I don't interrupt you in the middle, like I did the last time. |
| M. Pariente [1:30-1:31] | Oh, you can though! |
| P. Gonzalez [1:31 – 1:33] | Cause then I end up on a tangent. |
| M. Pariente [1:33-2:02] | Uh-huh. Okay. Okay. I'm happy to do it that way.<br>You know, when it comes down to this.<br>The easiest thing for them to prove is, I mean, and that's the thing—they don't have to prove that you're a bad person here, you're not.<br>I don't even think [PH] Dewett's a bad person. I mean I think you guys helped a lot of people, okay?<br>The problem with the kickbacks is, is just receiving it. |

| | |
|---|---|
| | That is—and whether you thought it was a kickback or not—there's no getting around that. All they have to do is prove the money went into your account. And that's it. |
| P. Gonzalez [2:02-2:22] | I think that's been…probably the most difficult part to accept is I think just that acceptance of…um, not intending to do anything bad?<br>And like you know, I know I've said this to you multiple times.<br>Looking at it as a blessing. Looking at it, you know- |
| M. Pariente [2:22-2:24] | Right. [U/I] from Heaven, right. |
| P. Gonzalez [2:24-2:25] | And, you know being… |
| M. Pariente [2:25-2:24] | Rewarded for you doing good work. |
| P. Gonzalez [2:27-2:57] | Doing good work. You know, I've been in the profession for 22 years, um.<br>Uh, growing in my walk with my faith. I mean really diligently.<br>I mean I'm talking about getting into the word every morning.<br>I mean I've been on this very good path of waking up every morning, getting on my treadmill, walking for an hour, with my iPad open, plug in my airpods, and going through the bible using this bible app that it reads it to you and just kind of [U/I]. |
| M. Pariente [2:56-2:57] | Really? Okay. |

| | |
|---|---|
| P. Gonzalez [2:58-4:23] | I mean, yeah. That's been my routine for the past several years. It's just been, you know so, just feeling great, um.<br>You know with that, being generous. You know, uh donating.<br>Um, I'm not somebody that could ever donate before.<br>I tell my family. My grandmother, you know uh, my mom, my aunt, who is disabled, like just being able to do things that, you know, you feel like you're doing good.<br>And I've been praying a lot about this. And um, you know, my testimony is that God has parted the Red Sea before, for me and my life. I mean, there have been moments where I— there's just no mistaking that God performed a miracle in my life. And not just once.<br>And so that's why I'm just- I keep trying to not lean on my own understanding, but trying to just say, "Okay God. You know, I believe you put the right people in my life. And, you know, I know this situation feels really bad. It does. And I'm trying to make sense of it and I keep pleading."<br>But I felt like I've been in those moments before where I felt like my world was coming down. And then I realize later that there was something going on in the background that was much greater than what I even imagined. |
| M. Pariente [4:23-4:24] | Right. |
| P. Gonzalez [4:24-4:53] | And so, I felt like this is a little bit like one of those things that was on the other side that was one of these great, wonderful blessings. And, and I've really taken a lot of heat to what you've mentioned because I also realized that maybe I've been a little focused on— the word that has been coming to |

| | |
|---|---|
| | my mind a lot this week, for some reason, is uncertainty and faith.<br>Uncertainty and faith. Uncertainty and faith. |
| M. Pariente [4:53-4:56] | Well, those seem like opposite sides of the coin. |
| P. Gonzalez [4:56-5:40] | Right. Yeah, they do. And that's why I wrote it here.<br>So, faith sometimes requires just blindly taking that step and just trusting when it doesn't feel good to trust or your everything inside of you is saying "no, this can't be right." And just really, truly having faith.<br>And uncertainty, I think, gives rise to anxiety. It gives rise, really gives a foothold to the enemy to play with your mind and say, "well, no. You- maybe you should do this. Maybe you should repeat this,"<br>And so, it's funny because yeah you said it's exact opposites, that's why I wrote the little [**laughs**]. |
| M. Pariente [5:40-5:53] | Right. Yeah.<br>So, it sounds like, too, is like you probably. Sounds like maybe you've been asking the question, is the low point in my life taking the plea?<br>Or is it to fight the case? |
| P. Gonzalez [5:53-5:55] | Right. Right. Because- |
| M. Pariente [5:40-6:01] | You feel like, well, God's always been there for me. Maybe he'll be here for me if it goes to trial or, you know. |
| P. Gonzalez [6:01-6:02] | Yeah. |
| M. Pariente [6:02-6:26] | Some miracle happens and, yeah.<br>Is it possible? Yeah, I mean miracles are possible.<br>Um, I think, like I said, the easiest thing for them is the kickbacks. |

| | |
|---|---|
| | And even your intent, even if you never thought it was a kickback. That's the frustrating thing. Because you know, at one point he even asked you, "Hey, is this legit?" [Background: phone chimes] You know? It's like if you- Oh, it's my phone. I'm sorry. |
| P. Gonzalez [6:26-6:29] | Is that you? It's funny, I've got the same ringtone for my messages. |
| M. Pariente [6:29-6:31] | Yeah, I don't like the "ding!" |
| | I don't either! That's so funny. I like the [U/I]. |
| M. Pariente [6:33-6:43] | You're the only other person I know- my wife has this "ding!" You know, it just sounds very like one of those bells on the bike-tricycles. Yeah. |
| P. Gonzalez [6:39-6:42] | Yeah. I just- yeah. |
| M. Pariente [6:43-6:50] | Anyway, but it, you know, they don't have to prove you're a bad person, is what it comes down to. |
| P. Gonzalez [6:50-6:51] | And I'm- |
| M. Pariente [6:51-6:56] | They would fail at doing that. Like, they wouldn't even prove you're a bad person. You've never hurt anyone. |
| P. Gonzalez [6:56-8:42] | No. And that's been another struggle is this thing-—we've helped so many people, you know, um.<br>But I will say this, too. And this week has really given me the opportunity to just really spend some quiet time and just listen. And I take heat of it all.<br>And like I said, I- it's that I notice this tremendous change.<br>God really saved me. He did. And, and I won't get into this long story, but you know I made a commitment from there that I would keep him at the |

| | |
|---|---|
| | center of my life. And so, I, you know, there's been moments where I just have to be still. Just be still.<br>And, when I think back and I go, God, I remember feeling these moments in my life where I really felt like everything was going down. It wasn't the miracles happened then. It's when I surrendered and said, "Okay, I surrender." And just focused on just trying to take each day a step forward in the right direction. Just being faithful. That it was then that the miracle just came out of nowhere.<br>And so I keep saying to myself, "No," um. You know, I pray a lot about you. To God, "Do I have the right person representing me?" I really do think- I think there's just signs along the way that have reassured me of that.<br>[U/I] I think I just need to be still. I just need to be still and have faith. And however it is meant- whatever is meant to come out of this, it will happen. |
| M. Pariente [8:42-8:46] | Yeah, it feels like worrying is the enemy of faith. |
| P. Gonzalez [8:46-8:48] | It is. |
| M. Pariente [8:48-8:50] | It feels like it undermines faith. |
| P. Gonzalez [8:50-9:16] | It does. Because then you start to— you're a thousand percent right. Because what it does is it creates an anxiety. And that anxiety removes your thoughts from, rather than praying about it, you're just overthinking every single scenario. And I think that's what I've been doing. I've just been overthinking every single scenario and, you know, and, you know, I have to trust. |
| | **[End of meeting]** |