# Exhibit G

*Correspondence Regarding Transferring Mr. Gonzalez's Case File*

**From:** Miranda Kane
**To:** Jordan Dickson
**Subject:** FW: Request for Client File – United States v. Paulino Gonzalez - 2
**Date:** Wednesday, September 3, 2025 9:08:46 AM
**Attachments:** SIGNED-US-DC-of-DC-of-NV-Cooperation-Agreement-Paulino-Gonzalez.pdf
SIGNED-US-DC-of-DC-of-NV-Plea-Agreement-Paulino-Gonzalez.pdf
image001.png
us_v._paulino_gonzalez_-_information_dnv_0.pdf

---

Probably makes sense to start with the Information and Plea Agreement docs.

---

**From:** michael parientelaw.com <michael@parientelaw.com>
**Date:** Friday, August 29, 2025 at 5:03 AM
**To:** Miranda Kane <mkane@conmetkane.com>
**Cc:** Liz Kim <lkim@conmetkane.com>, Paulino Gonzalez III <paulinogonzalez3@gmail.com>
**Subject:** Re: Request for Client File – United States v. Paulino Gonzalez - 2

Good morning, Miranda:

The new prosecutors assigned are Shane Butland and William Hochul III along with Jessica Oliva who is with the US Attorney's Office here in Las Vegas.

Because we negotiated Paulino's case before charges were filed as a cooperator, I was not given copies of the discovery. However, AUSA Monica Cooper provided us enough information including a reverse proffer showing the evidence to prosecute Paulino's case if he rejected the plea and the opportunity to be the first cooperator. Paulino signed the cooperation agreement which is attached. I don't have the AUSA's signature on this copy but I'm sure you can get that from the new AUSA's. The signed GPA is on Pacer. Shortly after the entry of the plea, AUSA Monica Cooper who negotiated Paulino's case with us resigned for reasons unbeknownst to me. I'll send you a link of what Paulino sent me per the Subpoena Duces Tecum and anything else I can find.

Feel free to call my cell at 702-427-1801 if you'd like to discuss anything about the case and any way I can help Paulino.

Yours truly,

Michael D. Pariente - Attorney at Law
michael@parientelaw.com

Find me on Wikipedia
T : 702-966-5310 / F: 702-953-7055
A: 1635 Village Center Cir., Suite 280
Las Vegas, NV 89134

PARIENTE LAW FIRM P.C.
JOHN G. WATKINS, OF COUNSEL
www.parientelaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE.** DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication may contain confidential and/or privileged information intended only for the individual listed above. If you have received this communication in error, please call us (collect) immediately at (702) 966-5310 and ask to speak to Michael Pariente Esq.. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Tax Opinion Disclaimer To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.

On Aug 27, 2025, at 2:15 PM, Miranda Kane <mkane@conmetkane.com> wrote:

Michael -

Thank you in advance for expediting this request. We are preparing the necessary pro hac vice filings and will get a Substitution of Counsel form to you shortly. In the meantime, Liz and I would also appreciate the opportunity to discuss the matter with you briefly before we reach out to government counsel and Probation. Please let us know your availability for a Zoom meeting.

Best regards,

Miranda

<image001.png>

---

**From:** michael parientelaw.com <michael@parientelaw.com>
**Date:** Monday, August 25, 2025 at 5:28 PM
**To:** paulinogonzalez3@gmail.com <paulinogonzalez3@gmail.com>
**Cc:** Miranda Kane <mkane@conmetkane.com>, Liz Kim <lkim@conmetkane.com>
**Subject:** Re: Request for Client File – United States v. Paulino Gonzalez - 2

Hi Paulino:

I just checked our rules and don't need their substitution motion to send the file to them so I'll have that done forthwith.

Please disregard my previous email.

Thank you.

Yours truly,

**Michael D. Pariente, Esq.** / Attorney At Law
michael@parientelaw.com

**Wikipedia:** https://en.m.wikipedia.org/wiki/Michael_Pariente

**Pariente Law Firm, P.C.**
**1635 Village Center Cir., Suite 280**
**Las Vegas, NV 89134**
**Office: (702) 966-5310 / Fax: (702) 953-7055**
**http://www.parientelaw.com**

PARIENTE LAW FIRM P.C.
JOHN G. WATKINS, OF COUNSEL

**PRIVILEGE AND CONFIDENTIALITY NOTICE. DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication may contain confidential and/or privileged information intended only for the individual listed above. If you have received this communication in error, please call us (collect) immediately at (702) 966-5310 and ask to speak to Michael Pariente Esq.. Also please e-mail the sender and notify the sender immediately that you have received the communication in error.**
**Tax Opinion Disclaimer To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

On Aug 25, 2025, at 4:56 PM, michael parientelaw.com <michael@parientelaw.com> wrote:

Hi Paulino:

No problem. Please have them send me the substitution of counsel and I'll sign it forthwith and return to them. Once that's filed I'll send everything I have in my possession.

Yours truly,

**Michael D. Pariente, Esq.** / Attorney At Law
michael@parientelaw.com

**Wikipedia:** https://en.m.wikipedia.org/wiki/Michael_Pariente

**Pariente Law Firm, P.C.**
**1635 Village Center Cir., Suite 280**

**Las Vegas, NV 89134**
**Office: (702) 966-5310 / Fax: (702) 953-7055**
**http://www.parientelaw.com**

PARIENTE
LAW FIRM P.C.
JOHN G. WATKINS, OF COUNSEL

**PRIVILEGE AND CONFIDENTIALITY NOTICE. DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication may contain confidential and/or privileged information intended only for the individual listed above. If you have received this communication in error, please call us (collect) immediately at (702) 966-5310 and ask to speak to Michael Pariente Esq.. Also please e-mail the sender and notify the sender immediately that you have received the communication in error.**
**Tax Opinion Disclaimer To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

On Aug 25, 2025, at 4:08 PM, paulinogonzalez3@gmail.com wrote:

Hi Michael,

I hope you're doing well. I wanted to let you know I've retained new counsel, Miranda Kane and Liz Kim at Conrad | Metlitzky | Kane LLP, to represent me, going forward, in my federal case.

To help with the transition, could you please send my complete client file directly to them? They would prefer electronic copies if possible. Their contact info is:

- Miranda Kane – mkane@conmetkane.com
- Liz Kim – lkim@conmetkane.com

Please include plea-related documents, discovery, correspondence with the government, your notes from meetings, and anything related to the PSI, etc. If you could please send this within the next week, I'd really appreciate it.

Thank you very much for your help with this.

Respectfully,

Paulino