# Exhibit H

*Correspondence with Prior Counsel Regarding Discovery*

**From:** michael parientelaw.com
**To:** Miranda Kane
**Cc:** Jordan Dickson
**Subject:** Re: Paulino Gonzalez
**Date:** Friday, January 9, 2026 11:54:02 AM
**Attachments:** image001[46].png

---

Hi Miranda:

Happy new year to you.

The only discovery they shared with us but didn't give us a copy was provided in the debrief and in the reverse proffer.

Do you have the proffer agreement?

If you want to get on a call later next week, I'm happy to speak with you.

Yours truly,

**Michael D. Pariente, Esq.** / Attorney At Law
michael@parientelaw.com

**Wikipedia:** https://en.m.wikipedia.org/wiki/Michael_Pariente

**Pariente Law Firm, P.C.**
**1635 Village Center Cir., Suite 280**
**Las Vegas, NV 89134**
**Office: (702) 966-5310 / Fax: (702) 953-7055**
**http://www.parientelaw.com**

PARIENTE
LAW FIRM P.C.
JOHN G. WATKINS, OF COUNSEL

**PRIVILEGE AND CONFIDENTIALITY NOTICE. DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication may contain confidential and/or privileged information intended only for the individual listed above. If you have received this communication in error, please call us (collect) immediately at (702) 966-5310 and ask to speak to Michael Pariente Esq.. Also please e-mail the sender and notify the sender immediately that you have received the communication in error.**
**Tax Opinion Disclaimer To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.**

On Jan 8, 2026, at 12:34 PM, Miranda Kane <mkane@conmetkane.com> wrote:

Michael -

I hope you are well and that your 2026 is off to a promising start.

We appreciate your previous assistance in timely sharing your files related to Paulino Gonzalez. I am writing to confirm that you have provided us with the entirety of those materials. Specifically, is there any discovery that was provided by the government or any written requests for discovery, whether or not anything was provided in response. In our review of what you have sent to date, we have only seen documents that Paulino produced to the government pursuant to a grand jury subpoena; nothing from the government. If we are missing anything, please let us know as soon as possible. If this is more easily handled by phone, we are happy to arrange for a call. Thank you as always for your prompt attention to this matter.

Best,

Miranda
<image001[46].png>