TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6268
jessica.oliva@usdoj.gov

LORINDA LARYEA
Chief, Fraud Section
CHRISTOPHER WENGER
SHANE BUTLAND
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 445-9670
christopher.wenger@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULINO GONZALEZ,<br><br>Defendant. | Case No. 2:25-cr-00179-RFB-BNW<br><br>**Stipulation to Continue Government's Response Deadline to Defendant's Motion to Withdraw Guilty Plea and Set Aside Waiver of Indictment [ECF No. 29]** |

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the Government and undersigned counsel for Defendant Paulino Gonzalez, that the May 13, 2026 deadline for the Government to respond to Defendant's Motion to

Withdraw Guilty Plea and Set Aside Waiver of Indictment (ECF No. 29) be continued by four weeks to June 10, 2026.

This Stipulation is entered into for the following reasons:

1. On April 29, 2026, Defendant filed a Motion to Withdraw Guilty Plea and Set Aside Waiver of Indictment on the grounds of ineffective assistance provided by prior counsel. ECF No. 29. The deadline for the Government to respond to that Motion is May 13, 2026.

2. To adequately and intelligently respond to Defendant's ineffective assistance allegations, the Government needs to obtain information regarding prior counsel's privileged advice to, and privileged communications with, Defendant.

3. The parties have been discussing Defendant's privilege waiver and the scope of that waiver and hope to soon file a stipulation seeking an order defining the scope of that privilege waiver. If the parties cannot agree on the scope of the waiver, the Government anticipates seeking an order from the Court setting forth the scope of Defendant's waiver.

4. After the scope of the privilege waiver is resolved, either through a stipulation presented to the Court or through litigation, the Government will need additional time to obtain and analyze responsive information from prior counsel to adequately respond to the ineffective assistance allegations that Defendant advances in his Motion.

5. Accordingly, the parties request that the Government's deadline to respond to this Motion be continued by four weeks, to June 10, 2026, to allow time for the parties to attempt to resolve the scope of Defendant's attorney-client privilege waiver and to allow the Government the opportunity to obtain and analyze the information necessary to adequately respond to his Motion.

6. The parties further request that Defendant be given two weeks to file a Reply from the date the Government files its Response.

**DATED** this 13th day of May, 2026.

BY:_ */s/ Miranda Kane*_
MIRANDA KANE
CONRAD | METLITZKY | KANE LLP
Counsel for Paulino Gonzalez

BY:_ */s/ Jordan Dickson*_
JORDAN DICKSON
CONRAD | METLITZKY | KANE LLP
Counsel for Paulino Gonzalez

TODD BLANCHE
Acting Attorney General of the United States

BY:_ */s/ Jessica Oliva*__
JESSICA OLIVA
Assistant United States Attorney
Counsel for the United States

LORINDA LARYEA
Chief, Fraud Section
U.S. Department of Justice, Criminal Division

BY:_ */s/ Christopher Wenger*_
CHRISTOPHER WENGER
Trial Attorney
Counsel for the United States

**It is SO ORDERED.** Dated: __________________

________________________________
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE