ZACHARY R. MEYER, ESQ., Nevada Bar No. 15783
zmeyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Counsel for Paulino Gonzalez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAULINO GONZALEZ,<br>Defendant. | CASE NO. 2:25-cr-00179-RFB-BNW<br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Zachary R. Meyer, Esq. of the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby enters his appearance as counsel for Paulino Gonzalez.

DATED: May 19, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Zachary R. Meyer*
ZACHARY R. MEYER, ESQ., Nevada Bar No. 15783
zmeyer@bhfs.com

*Counsel for Paulino Gonzalez*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Crim. P. 49, and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **NOTICE OF APPEARANCE** was served via electronic service on the 19th day of May, 2026, through the Court's CM/ECF Filing System, to all parties and counsel as identified on the court-generated Notice of Electronic Filing.

*/s/ Wendy Cosby*
An employee of Brownstein Hyatt Farber & Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101