GREGORY A. BROWER, ESQ.
Nevada Bar No. 5232
gbrower@bhfs.com
ZACHARY R. MEYER, ESQ.
Nevada Bar No. 15783
zmeyer@bhfs.com
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

MIRANDA KANE *(pro hac vice)*
California Bar No. 150630
mkane@conmetkane.com
JORDAN DICKSON *(pro hac vice)*
California Bar No. 324406
jdickson@conmetkane.com
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, California 94111
Telephone: 415.343.7100
Facsimile: 415.343.7101

Attorneys for PAULINO GONZALEZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULINO GONZALEZ,<br><br>Defendant. | Case No. 2:25-cr-00179-RFB-BNW<br><br>**STIPULATION TO ADJOURN SENTENCING OR, IN THE ALTERNATIVE, CONTINUE SENTENCING; PROPOSED ORDER**<br>(Third Request) |

The undersigned parties respectfully submit the following Stipulation and Proposed Order for the Court's consideration.

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the government and undersigned counsel for the defendant, Paulino Gonzalez,

that the sentencing date of **August 6, 2026**, be **adjourned until further order of the Court**. In the alternative, the parties stipulate and request that sentencing be continued to **November 20, 2026**.

This Stipulation is entered into for the following reasons:

1. On June 26, 2025, Mr. Gonzalez pled guilty to one count of conspiracy, in violation of 18 U.S.C. § 371. ECF Nos. 7, 12. The Court set sentencing for October 2, 2025. ECF No. 12.

2. Twice before, the Court has granted the parties' stipulated requests to continue sentencing: first, to accommodate Mr. Gonzalez's change of counsel, and later in anticipation of Mr. Gonzalez's pending motion to withdraw his guilty plea. ECF Nos. 19, 22.

3. Most recently, the Court set sentencing for August 6, 2026. ECF No. 22.

4. On April 29, 2026, Mr. Gonzalez moved to withdraw his guilty plea. ECF No. 29.

5. The Court has granted two joint requests by the parties to extend the government's deadline to respond to Mr. Gonzalez's motion. ECF Nos. 31, 36.

6. Currently, oral argument on Mr. Gonzalez's motion is scheduled for August 4, 2026. ECF No. 36.

7. The parties agree that it is premature for Probation to prepare a Presentence Report before Mr. Gonzalez's motion to withdraw his guilty plea is resolved. However, the timing requirements of Federal Rule of Criminal Procedure 32 currently require Mr. Gonzalez's Probation Officer to submit a draft Presentence Report to the parties by July 2, 2026—more than a month before oral argument on Mr. Gonzalez's motion to withdraw his plea.

8. Rather than repeatedly coming back to the Court for piecemeal continuances of the sentencing date, the parties are seeking an adjournment of the sentencing date until further order of the Court.

9. Should the Court deny Mr. Gonzalez's motion to withdraw his plea, the parties will jointly propose a new sentencing date in consultation with the Court and Probation.

10. Alternatively, the parties request that the Court continue sentencing to November 20, 2026, or some other later date that is convenient for the Court.

**WHEREFORE**, the parties respectfully request that the Court accept this Stipulation and enter an Order, vacating the present sentencing hearing set for August 6, 2026, and adjourn sentencing until further order of the Court. In the alternative, the parties request that the Court continue sentencing to November 20, 2026, or some later date that is convenient for the Court.

**DATED** this 25th day of June 2026.

BY: */s/ Miranda Kane*
MIRANDA KANE
CONRAD | METLITZKY | KANE LLP
Counsel for Paulino Gonzalez

BY: */s/ Jordan Dickson*
JORDAN DICKSON
CONRAD | METLITZKY | KANE LLP
Counsel for Paulino Gonzalez

TODD BLANCHE
Acting Attorney General of the United States

BY: */s/ Jessica Olivia*
JESSICA OLIVA
Assistant United States Attorney
Counsel for the United States

LORINDA LARYEA
Acting Chief, Fraud Section
U.S. Department of Justice, Criminal Division

BY: */s/ Christopher Wenger*
CHRISTOPHER WENGER
Trial Attorney
Counsel for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAULINO GONZALEZ,<br>Defendant. | Case No. 2:25-cr-00179-RFB-BNW<br>**[PROPOSED] ORDER** |

This matter coming on the parties' Stipulation to Adjourn Sentencing, or in the alternative, Continue Sentencing, the Court having considered the premises therein, and for good cause shown, the Court accepts the Stipulation and **FINDS** as follows.

1. On April 29, 2026, Mr. Gonzalez moved to withdraw his guilty plea. ECF No. 29.

2. The Court has granted two joint requests by the parties to extend the government's response deadline to Mr. Gonzalez's motion. ECF Nos. 31, 36.

3. Currently, oral argument on Mr. Gonzalez's motion is scheduled for August 4, 2026. ECF No. 36.

4. Because there is still uncertainty as to when and how Mr. Gonzalez's motion will resolve, [the sentencing date will be adjourned until further order of the Court] / [it is necessary to continue sentencing].

5. Mr. Gonzalez is not in custody and agrees to this [adjournment] / [continuance].

6. This is the third request to delay sentencing.

//

//

**IT IS THEREFORE ORDERED**:

1. The present sentencing hearing scheduled for August 6, 2026 is **VACATED**; and

2. [The sentencing hearing is **ADJOURNED** until further order of the Court.]

3. [The sentencing hearing is rescheduled for ______________________, 2026 at ____________________________ am/pm.]

DATED this ____ day of June 2026.

__________________________________
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE