TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6268
jessica.oliva@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULINO GONZALEZ,<br><br>Defendant. | Case No. 2:25-cr-00179-RFB-BNW<br><br>**Stipulation to Continue Government's Response Deadline to Defendant's Motion to Withdraw Guilty Plea and Set Aside Waiver of Indictment [ECF No. 29] (Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the Government and undersigned counsel for Defendant Paulino Gonzalez, that the July 8, 2026 deadline for the Government to respond to Defendant's Motion to Withdraw Guilty Plea and Set Aside Waiver of Indictment (ECF No. 29) and the Defendant's July 22, 2026 deadline to file a reply, be continued by approximately 2 weeks, and that the hearing set for August 4, 2026, be continued to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. On April 29, 2026, Defendant filed a Motion to Withdraw Guilty Plea and Set Aside Waiver of Indictment on the grounds of ineffective assistance provided by prior counsel. ECF No. 29 ("Motion").

2. In order to adequately and intelligently respond to this Motion, the Government needs access to the legal advice Defendant received concerning the issues raised in his Motion.

3. On May 13, 2026, the parties filed a stipulation to continue the initial response and reply deadlines by 4 weeks to allow the parties to obtain an order from the Court delineating the scope of Defendant's waiver and providing for counsel to obtain this information, subject to a protective order. The Court granted the parties' stipulation and extended the response and reply deadlines to June 10 and June 24, 2026, respectively, and set a hearing for June 26, 2026 at 10:00 am. ECF No. 31.

4. On May 20, 2026, the parties filed a stipulation seeking an order delineating the scope of Defendant's waiver and ordering prior counsel to disclose certain materials to the Government and current defense counsel, subject to a protective order. ECF No. 33. The Court granted this order. ECF No. 34.

5. On June 4, 2026, the parties filed a stipulation to continue the response and reply deadlines by 4 weeks to allow counsel for the government to obtain from prior counsel the materials ordered to be disclosed by ECF No. 34. ECF No. 35. The Court granted this order. ECF No. 36.

6. Counsel for the Government have been in contact with Defendant's prior counsel, and prior counsel has produced the materials ordered to be disclosed by ECF No. 34, which the Government produced to Defendant's current counsel.

7. However, prior counsel is currently preparing a declaration in response to the allegations that Defendant raises in the Motion. Prior counsel has advised the Government that his declaration should be finished this week.

8. Once prior counsel has finished his declaration, the Government will need additional time to analyze this information and respond to the Motion.

9. Accordingly, the parties request the Government's deadline to respond to this Motion be continued by approximately 2 weeks, to July 24, 2026; and for the Defendant's deadline to reply to the Government's response be continued by approximately 2 weeks, to August 7, 2026. The parties also request the Court to vacate the current hearing on this Motion, set for August 4, 2026 at 9:15 a.m., and to re-set that hearing to a date and time convenient to the Court.[1] The parties have conferred and respectively request that the hearing be set for the week of September 8 – 11, 2026 or the week of September 28 – October 2, 2026, to the extent the Court has availability.

///

///

///

///

///

///

///

///

[1] For the Court's information, counsel is not available on the following dates: July 29 – August 24, August 26, August 28, September 7 – 8, and September 15 – 22.

10. This additional continuance will allow time for the Government to obtain and analyze the information contemplated by the parties' stipulated order finding limited waiver of attorney-client privilege, in order to adequately and intelligently respond to the Motion.

**DATED** this 6th day of July, 2026.

BY: */s/ Miranda Kane*
MIRANDA KANE
CONRAD | METLITZKY | KANE LLP
Counsel for Paulino Gonzalez

BY: */s/ Jordan Dickson*
JORDAN DICKSON
CONRAD | METLITZKY | KANE LLP
Counsel for Paulino Gonzalez

TODD BLANCHE
Acting Attorney General of the United States

BY: */s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney
Counsel for the United States

LORINDA LARYEA
Chief, Fraud Section
U.S. Department of Justice, Criminal Division

BY: */s/ Christopher Wenger*
CHRISTOPHER WENGER
Trial Attorney
Counsel for the United States

**It is SO ORDERED.** Dated: ________________

______________________________
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE