TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jessica.oliva@usdoj.gov

LORINDA LARYEA
Chief, Fraud Section
CHRISTOPHER WENGER
SHANE BUTLAND
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 445-9670
christopher.wenger@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULINO GONZALEZ,<br><br>Defendant. | Case No. 2:25-cr-00179-RFB-BNW<br><br>**Notice of Manual Filing** |

The Government hereby notifies the Court that it is manually filing a CD containing Exhibit 8 to the document filed at ECF No. 43 (Government's Response in Opposition to Defendant's Motion to Withdraw Guilty Plea and Set Aside Waiver of Indictment (filed

under seal)). This exhibit contains excerpts of a January 16, 2025, recorded interview with Defendant Paulino Gonzalez. An image of the submitted CD is attached hereto as Exhibit 1.

Respectfully submitted this 27th day of July, 2026.

TODD BLANCHE
Acting Attorney General

*s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

# Exhibit 1


USA v. Paulino Gonzalez
2:25-cr-00179-RFB-BNW
Government's Exhibit 8
to ECF No. 43