TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jessica.oliva@usdoj.gov

LORINDA LARYEA
Chief, Fraud Section
CHRISTOPHER WENGER
SHANE BUTLAND
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 445-9670
christopher.wenger@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULINO GONZALEZ,<br><br>Defendant. | Case No. 2:25-cr-00179-RFB-BNW<br><br>**Notice of Related Case** |

Pursuant to Local Rule of Practice LCR 7-1(a), the government hereby files this Notice of Related Case because this case arises out of the same conspiracy, common scheme, transaction, or series of transactions or events, as *United States v. Stephen Dubin, M.D.*, 2:26-cr-00166-CDS-BNW.

The defendant in this case, Paulino Gonzalez, pleaded guilty to conspiracy to defraud the

United States and to pay and receive health care kickbacks. Gonzalez admitted that, from approximately October 2021 through approximately August 2024, he conspired with others in his role as an independent contractor with Company 1 to order and apply amniotic allografts that were medically unreasonable and unnecessary, ineligible for Medicare reimbursement, and/or procured through illegal kickbacks and bribes. As a result, Company 1 fraudulently billed Medicare approximately $94,695,744 for these allografts, and Medicare paid Company 1 approximately $54,192,540 based on those false and fraudulent claims.

Stephen Dubin, M.D. is the defendant in *United States v. Dubin*, case no. 2:26-cr-166-CDS-BNW. Dubin is charged in that case with conspiracy to commit health care fraud and health care fraud. Dubin is alleged to have conspired with LPN 1 and others to unlawfully enrich themselves by, among other things, submitting and causing the submission of false and fraudulent claims, through Dubin Medical Consultants ("DMC"), to Medicare for allografts that were medically unreasonable and unnecessary; ineligible for reimbursement; not provided as represented; and procured through illegal kickbacks and bribes. Dubin is further charged with executing and attempting to execute a health care fraud scheme.

The entity identified as Company 1 in the information in this case (ECF No. 6), is DMC. The defendant in this case, Gonzalez, is identified as LPN 1 in the case against Dubin.

///

///

Accordingly, the government respectfully submits that these cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events, and submits this Notice of Related Cases pursuant to Local Rule LCR 7-1(a).

Respectfully submitted this 6th day of August, 2026.

TODD BLANCHE
Acting Attorney General

*/s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

LORINDA LARYEA
Chief, Fraud Section

*/s/ Christopher Wenger*
CHRISTOPHER WENGER
Trial Attorney